

# IN THE
# TENTH COURT OF APPEALS

## No. 10-15-00105-CV

**PAUL REED HARPER,**

                                   **Appellant**

 **v.**

**GEORGE DARRELL BEST,**

                                   **Appellee**

### From the 249th District Court
### Somervell County, Texas
### Trial Court No. C10369

---

# O R D E R

---

The State of Texas's Motion for rehearing was filed on May 4, 2016. The Court requests a response from appellant, Paul Reed Harper. *See* TEX. R. APP. P. 49.2. The response shall be filed with the Clerk of this Court no later than 21 days from the date of this order.

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Response requested
Order issued and filed May 19, 2016

